State v. Jackson

STATE OF NORTH CAROLINA v. JOHN C. JACKSON

No. 7226SC124

(Filed 26 April 1972)

**Criminal Law § 155.5— failure to docket record in apt time**
Appeal is subject to dismissal where the record on appeal was docketed more than 90 days from the date of the judgment appealed from and no extension of time within which to docket the case was granted. Court of Appeals Rule 48.

APPEAL by defendant from *Copeland, Judge,* 2 August 1971 Session of Superior Court held in MECKLENBURG County.

The defendant was charged in a bill of indictment, proper in form, with armed robbery, in violation of G.S. 14-87. The defendant pleaded not guilty and was found guilty by the jury. From a judgment imposing a prison sentence of not less than fifteen nor more than twenty years, the defendant appealed.

*Attorney General Robert Morgan and Assistant Attorneys General Sidney S. Eagles, Jr., and Russell G. Walker, Jr., for the State.*

*Michael J. Blackford for defendant appellant.*

State v. Reid

HEDRICK, Judge.

The judgment from which the defendant appealed was entered on 4 August 1971. The record on appeal was not docketed in this Court until 1 December 1971, which is more than ninety days from the date of the judgment. No extension of time within which to docket the case in this Court has been granted. The appeal is subject to dismissal for failure to comply with the Rules of Practice of this Court. Rule 48. Nevertheless, we have carefully examined the record and find and hold that the defendant had a fair trial free from prejudicial error.

Appeal dismissed.

Judges BROCK and VAUGHN concur.